```
_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED
```

**DEC 07 2009**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Kevin McCarthy
Petitioner, Pro Se
4685 NE Elliott Circle
Corvallis, Oregon 97330

Honorable Judge M. J. Pechman
United States District Court
Western District of Washington
700 Stewart Street
Seattle, Washington 98101

02-CR-00242-M

| | |
|---|---|
| United States of America, ) | Case No.: Case No.: CR 02 242 P |
| Plaintiff, ) | Motion & Order for Early Termination of Supervised Release |
| vs. ) | |
| Kevin McCarthy, ) | |
| Defendant ) | |

Petitioner began serving a three year term of probation October 26, 2007. I have abided by all terms and conditions of probation including all filings and payments of restitution.

18 USC 3583(e)(1) allows for early termination of supervised release after a probationer has served at least one year of probation. As of the date of this motion, I have successfully completed twenty-five (25) of the thirty-six (36) months probation imposed.

I am currently gainfully employed and work full time.

I have been actively involved in charitable, public and community service activities which include the following:

1. Volunteering in church Music Ministry including participation as vocalist and as an instrumentalist; assisting the usher team during communion and participating in community outreach through small home groups (EX 1).
2. Volunteering on numerous occasions to serve in different capacities at Santiam Christian High School (EX 2).
3. Served in feeding the homeless in Portland, Oregon (EX 3).
4. With the help of family and friends, and at the request of LOVE, INC., I have organized and provided food and clothing to a family in dire need during the holidays (EX 4).

Petitioner respectfully requests the Court to grant this Motion allowing early termination of my supervised release.

I certify that a copy of this Motion and Exhibits was mailed on December 3, 2009 to Ms. Melinda Andersen, U.S. Probation Officer, 1000 SW Third Rm 340, Portland, Oregon 97204.

Dated this 3rd day of December, 2009

_____
Kevin McCarthy
Petitioner, Pro Se
4685 NE Elliott Circle
Corvallis, Oregon 97330

Submitted by
Kevin McCarthy

---

It is so ordered that this Motion is:

_____ Granted

_____ Denied


_____
United States District Court Judge