

**Grace City Church**
Post Office Box 561
Corvallis, OR 97339
541.758.4444
Fax 541.758.3444
office@gracecitychurch.org

December 1, 2009

To Whom It May Concern:

Kevin McCarthy began attending Grace City Church in 2007. While many people usually take quite a bit of time before they decide to be involved with volunteer opportunities, Kevin jumped right in. He has shown himself to be a very faithful, committed, and generous giver of his time and energy for the benefit of others.

He has served in a number of capacities at our church which include but are not limited to: singing and playing piano in the music ministry, lending a helping hand to the usher team, and being involved in our smaller community groups which offer support and service to members of our church as well as the broader community.

Over the past 2 years, it has been a pleasure to get to know and work with Kevin. He has served many people in a number of practical ways, and has invested in meaningful relationships with myself and others in our church.

Sincerely,

*Seth T.*

Seth Trimmer
*Lead Pastor*

02-CR-00242-EXH

Exhibit 1

www.gracecitychurch.org

A MEMBER OF THE EVERY NATION FAMILY OF CHURCHES & MINISTRIES



# SANTIAM CHRISTIAN SCHOOLS

pre-school
elementary
junior high
high school

7220 NE Arnold Ave.
Adair Village
Corvallis, OR 97330

JH/HS: 541.745.5524
ELEM: 541.745.5655
FAX: 541.745.6338

sceagles@santiam.org
www.santiamchristian.org

**Superintendent**
Stan Baker

**HS Principal**
Wilbur Starr

**JH Principal**
Steve Bittner

**Elem. Principal**
Steve Woods

**Business Admin.**
Jim Gamb

**Board President**
Steve Roderick

**Board Members**
Jeenie Balkins
Bill Chambers
Sally Faddis
Wayne Fanno
Tom Gerding
Mike Green
Bart Hendrix
Forrest Reid
Greg Ropp
Bob Schroeder
Ron Wobig
Howard Ropp, Emeritus

Santiam Christian
is accredited by:



Assoc. of Christian
Schools International



Northwest Association
of Accredited Schools

Santiam Christian is a
non-profit corporation

November 30, 2009

To whom it may concern:

I have had the benefit and pleasure the past two years of Kevin McCarthy volunteering to help in my high school classes, and DECA program. Kevin has been a great help at numerous events including the state competition in Portland. He has spent many days each year with our chapter working with high school students, and has given generously of his time and resources to support the kids.

I look forward to him continuing to volunteer his time and energy to our program for this and hopefully other years to come.

Sincerely,

*Jay Barton*

Jay E Barton
Santiam Christian High School
Business Teacher
DECA Advisor

Exhibit 2



# NORTHWEST STUDENT
SERVICES, LLC.

November 17, 2009

To Whom It May Concern:

Kevin McCarthy participated in serving the homeless population of Portland, Oregon, with a group of students from Santiam Christian School. Including the bus ride, the duration of the experience was between six and seven hours.

Thanks,

*Bittner*

Steve Bittner

Exhibit 3



Love INC
Love In the Name of Christ
Of Benton County

November 23, 2009

To Whom It May Concern,

Kevin and Rachel McCarthy of Grace City Church helped Love INC with a client family last Christmas season. They spearheaded gathering gifts and food for this family. They and their group did a wonderful job blessing this family.

Sincerely,

*W. Van Schelven*

Wilma Van Schelven

Exhibit 4

PO Box 270, Corvallis, OR  97339 ~ 2330 NW Professional Drive, Corvallis
Helpline:  541-757-8111 ~ Email: loveinc@yourloveinc.org ~ www.yourloveinc.org